UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 04 2021
JAMES W. McCORMACK, CLERK
By: Tammy C/u DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4:21CR 00128 DPM |
| ) | |
| v. ) | 18 U.S.C. §§ 922(g)(1) |
| ) | |
| KEVIN BRADLEY CARPENTER ) | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

COUNT 1

A.  On or about September 19, 2019, the defendant,

KEVIN BRADLEY CARPENTER,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Escape, in Pulaski County, Arkansas, Circuit Court in Case Number 2002-1314A;

2. Attempt to Escape, in Denver County, Colorado, District Court in Case Number 2017CR010267;

3. Assault 2nd / Possession of a Controlled Substance, in Jefferson County, Colorado, District Court in Case Number 2015CR1454; and

4. Criminal Attempt to Commit Criminal Trespass, in Denver County, Colorado, District Court in case number 2015CR3173.

3

B.  On or about September 19, 2019, in the Eastern District of Arkansas, the defendant,

KEVIN BRADLEY CARPENTER,

knowingly possessed, in and affecting commerce, a firearm, that is: a Smith and Wesson, model 5904, 9mm handgun, with an obliterated and defaced serial number, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION 1

Upon conviction of one or more of the offenses alleged in Count 1 of this Indictment, the defendant, KEVIN BRADLEY CARPENTER, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]